DIANE B. SHERMAN  STATE BAR NO. 109919
EPSTEIN BECKER & GREEN
1875 Century Park East, Suite 500
Los Angeles, California 90067-2501
Telephone: (310) 556-8861
Facsimile: (310) 553-2165

Attorneys for Defendant
STEWART TITLE GUARANTY COMPANY

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2003
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

ENTERED
CLERK, U S DISTRICT COURT
APR 28 2003
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

Priority ___
Send ___
Enter  X
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALAMEDA CORRIDOR TRANSPORTATION AUTHORITY; CITY OF LOS ANGELES, a municipal corporation; and CITY OF LONG BEACH, a municipal corporation,

    Plaintiffs,

v.

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

    Defendant.

CASE NO. CV 01-4688-PA (MANx)

[Proposed] Judgment In Favor Of Defendant Stewart Title Guaranty Company

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

On March 31, 2003, the following motions came on for hearing before the Honorable Percy Anderson, District Judge Presiding: (1) Defendant Stewart Title Guaranty Company's Motion for Summary Judgment Pursuant to FRCP 56(b) or, in the alternative, For Partial Summary Judgment; (2) Defendant Stewart Title Guaranty Company's Motion for Summary Adjudication of "Special Endorsement" Issue Pursuant to FRCP 56(d); (3) Plaintiffs' Motion for Partial Summary Judgment on Insurance Coverage Issues Other than Special Endorsement; and (4) Plaintiffs' Motion for Partial Summary Judgment on the Special Endorsement. Thomas D. Long, Howard D. Coleman and Kathy K.

Emanuel of Nossaman, Guthner, Knox & Elliott, LLP appeared on behalf of plaintiffs Alameda Corridor Transportation Authority, the City of Los Angeles and the City of Long Beach and Diane B. Sherman of Epstein Becker & Green P.C. appeared on behalf of defendant Stewart Title Guaranty Company.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been fully rendered,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered in favor of defendant Stewart Title Guaranty Company and against plaintiffs Alameda Corridor Transportation Authority, City of Los Angeles and City of Long Beach on the Complaint filed in this action;

2. Plaintiffs shall take nothing from defendant; and

3. Defendant shall recover its costs of suit.

DATED: April 24, 2003

UNITED STATES DISTRICT JUDGE

Submitted by:

EPSTEIN BECKER & GREEN, P.C.

By: _____
Diane B. Sherman
Attorneys for Defendant
Stewart Title Guaranty
Company

-2-

[Proposed] Judgment In Favor of Defendant Stewart Title Guaranty Company

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, Suite 500, Los Angeles, California 90067-2501.

On April 14, 2003, I served the foregoing document described as **[Proposed] Judgment In Favor Of Defendant Stewart Title Guaranty Company** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| **Thomas Russell, Senior Assistant City Attorney** | **City of Long Beach** |
| **Office of City Attorney** | **Robert E. Shannon, City Attorney** |
| **425 S. Palos Verdes Street** | **Dominic Holzhaus, Prin. Deputy City Attorney** |
| **San Pedro, CA 90732** | **333 West Ocean Boulevard** |
| | **Long Beach, California 90802** |

☒ (BY MAIL): I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (PERSONAL SERVICE): On April 14, 2003, I caused such envelope to be personally delivered by Golden State Legal Services whose business address is 10200 Venice Boulevard, 2nd Floor, Culver City, CA 90232 to the offices of the <u>above</u>.

☐ (BY FACSIMILE) On April 14, 2003, I caused all of the pages (consisting of __ pages) of the above-entitled document to be sent to the recipient(s) noted above via facsimile, to the respective facsimile numbers indicated above, pursuant to California Rule of court 2009. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 14, 2003, at Los Angeles, California.

Jessica Landry

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, Suite 500, Los Angeles, California 90067-2501.

On April 14, 2003, I served the foregoing document described as **[Proposed] Judgment In Favor Of Defendant Stewart Title Guaranty Company** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Nossaman, Guthner, Knox & Elliott, LLP**
**Thomas D. Long, Esquire**
**Kathy K. Emanuel, Esquire**
**445 South Figueroa Street**
**Thirty-First Floor**
**Los Angeles, California 90071-1602**

☒ (BY MAIL): I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (PERSONAL SERVICE): On April 14, 2003, I caused such envelope to be personally delivered by Golden State Legal Services whose business address is 10200 Venice Boulevard, 2nd Floor, Culver City, CA 90232 to the offices of the above.

☒ (BY FACSIMILE) On April 14, 2003, I caused all of the pages (consisting of __ pages) of the above-entitled document to be sent to the recipient(s) noted above via facsimile, to the respective facsimile numbers indicated above, pursuant to California Rule of court 2009. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 14, 2003, at Los Angeles, California.

Jessica Landry

LA:217028.1

[Proposed] Judgment In Favor of Defendant Stewart Title Guaranty Company
CASE NO. CV 01-4688-PA (MANx)